# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 438TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on October 29, 2014, the cause upon appeal to revise or reverse your judgment between

Walnut Retail Center General Partner, LC, Appellant

V.

LBL, Ltd., Appellee

No. 04-13-00878-CV and Tr. Ct. No. 2012-CI-06410

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.**

**It is hereby ordered that appellee recover its costs of appeal from appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Catherine Stone, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on January 7, 2015.

COURT OF APPEALS ★ STATE OF TEXAS ★

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez

Cynthia A. Martinez
Deputy Clerk, Ext. 3853

**BILL OF COSTS**

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00878-CV

**Walnut Retail Center General Partner, LC**

**v.**

**LBL, Ltd.**

(NO. 2012-CI-06410 IN 438TH JUDICIAL DISTRICT COURT OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | GEORGE GIBSON |
| CLERK'S RECORD | $1,033.00 | PAID | |
| FILING | $195.00 | E-PAID | DENISE M THOMPSON |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this January 7, 2015.

COURT OF APPEALS
STATE OF TEXAS

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 3853